# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 26, 2013

## NO. 03-11-00499-CR

**James Perkins, III, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 390TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PURYEAR AND ROSE
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment of conviction entered by the trial court on July 14, 2011.

Having reviewed the record and the parties' arguments, the Court holds that there was no

reversible error in the court's judgment. Therefore, the Court affirms the trial court's judgment.

Because appellant is indigent and unable to pay costs, no adjudication of costs is made.